

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00744-CV

**IN THE INTEREST OF B.C., P.C., JR., AND A.C.**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01143
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an appeal from a judgment terminating appellant, Raquel Paredez's parental rights. On December 15, 2014, appellant's court-appointed appellate counsel responded by filing a motion to withdraw and brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. *See In re R. R.*, No. 04-03-00096-CV, 2003 WL 21157944 (Tex. App.–San Antonio, May 21, 2003, order) (holding that *Anders* procedures apply to appeals from orders terminating parental rights), disp. on merits, 2003 WL 22080522 (Tex. App.–San Antonio, Sept. 10, 2003, no pet.) (mem. op.). Counsel states he has informed appellant of her right to review the record and file her own brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel also provided appellant with an "Appellant's Motion for Pro Se Access to the Appellate Record." The State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief.

Appellant has not requested a copy of the appellate record. Therefore, **appellant's pro se brief is due in this court no later than February 5, 2015**.

We order that the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court.

We further order the clerk of this court to serve a copy of this order on appellant and all counsel.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court